United States District Court
Southern District of Texas
**ENTERED**
February 16, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RANDY FORTMANN, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>KLX ENERGY SERVICES, LLC D/B/A LT ENERGY SERVICES<br><br>Defendants. | § § § § § § § § § § § § § § § § |

CIVIL ACTION NO. 4:15-cv-03669
JURY TRIAL DEMANDED

COLLECTIVE ACTION
PURSUANT TO 29 U.S.C. § 216(b)

### ORDER OF DISMISSAL

Per Plaintiff's Rule 41 Notice of Dismissal, this case is hereby DISMISSED.

Signed this __16th__ day of __February__, 2016.

_____
UNITED STATES DISTRICT JUDGE